

# Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

<u>VIA ECF</u>
Judge Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/27/2023

**MEMO ENDORSED**

December 23, 2023

Re:   <u>1:23-cv-07756-VEC Jones v. Lee & Low Books, Inc.</u>

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Caproni,

  Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for January 5th, 2024 at 10:00 AM. Counsel will be out of the country, in Asia, and unable to attend the conference on that date. Plaintiff requests a 45-day adjournment and proposes to reschedule the conference for February 20th, 2024, or a date convenient to the Court. This is the first time relief is being requested and both parties consent.

  We thank the Court for its attention and consideration in this matter.

  Respectfully submitted,

/s/ Mars Khaimov
Mars Khaimov, Esq.
*Attorney for Plaintiff*

---

Application GRANTED IN PART. The Initial Pretrial Conference scheduled for Friday, January 5, 2024, at 10:00 A.M. is ADJOURNED to **Friday, January 26, 2024, at 10:00 A.M.** The parties' deadline to file a joint letter, containing the information described in Dkt. 5, and proposed case management plan is extended from Thursday, December 28, 2023, to **Thursday, January 18, 2024.**

SO ORDERED.

*[signature]*     12/27/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE