USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DAMON JONES, on behalf of himself and all : 
others similarly situated, : 23-CV-7756 (VEC)
 :
                              Plaintiff, : <u>ORDER</u>
 :
           -against- :
 :
 :
LEE & LOW BOOKS, INC., :
 :
                         Defendant. :
-------------------------------------------------------------- :
                                                            X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on January 26, 2024, the parties appeared for an Initial Pretrial Conference (the "Conference");

       IT IS HEREBY ORDERED that for the reasons stated at the Conference, the Defendant's request to bifurcate discovery is GRANTED. The deadline for the parties to depose Plaintiff and complete any other discovery related to Plaintiff's standing is **Friday, February 16, 2024**.

       IT IS FURTHER ORDERED that, by not later than **Friday, February 16, 2024**, the parties must submit a joint letter indicating whether the Defendant plans to move to dismiss for lack of standing. If Defendant will move to dismiss, the parties must include in the letter a joint proposed briefing schedule. If Defendant chooses not to move, the Court will enter a Case Management plan that, *inter alia*, allows **90 days** to complete fact discovery and another **45 days** to complete expert discovery.

       IT IS FURTHER ORDERED that, upon a joint request from the parties at the Conference, the Court will refer the parties to the Mediation Program by separate order. Such

referral does not stay the deadline to complete standing-related discovery and does not provide good cause to extend the deadline.

**SO ORDERED.**

Date:  January 26, 2024
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**