USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
DAMON JONES, on behalf of himself and all others similarly situated, :

                              Plaintiff,

-against-

LEE & LOW BOOKS, INC.,

                              Defendant.
---------------------------------------------------------------X

23-CV-7756 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS Defendant's deadline to move to dismiss for lack of standing was Friday, March 8, 2024, *see* Order, Dkt. 17;

WHEREAS Defendant has neither moved to dismiss nor answered the Complaint;

IT IS HEREBY ORDERED that Plaintiff must move for an order to show cause why default judgment should not be entered against Defendant, in accordance with this Court's Individual Practices, by no later than **Wednesday, March 27, 2024**.

**SO ORDERED.**

**Date: March 18, 2024**
**New York, New York**

                                                  **VALERIE CAPRONI**
                                                  **United States District Judge**