**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

| | |
|---|---|
| DAMON JONES, | **AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT** |
| Plaintiff(s) | |
| -against- | **1:23-cv-07756-VEC** |
| LEE & LOW BOOKS, INC. | |
| Defendant(s) | |

-------------------------------------------------------------X

DAMON JONES hereby declares as follows:

1. I am the Plaintiff in this action.

2. This action was commenced pursuant to 28 U.S.C §1331 and 42 U.S.C §1218.

3. The time for defendant (s LEE & LOW BOOKS, INC., to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), LEE & LOW BOOKS, INC. has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) LEE & LOW BOOKS, INC. to answer or otherwise move has not been extended.

5. That defendant(s) LEE & LOW BOOKS, INC. is not an infant or incompetent. Defendant(s) LEE & LOW BOOKS, INC. is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff DAMON JONES requests that the default of defendant(s) LEE & LOW BOOKS, INC. be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: March 26, 2024

By: **/s/ Mars Khaimov**
Mars Khaimov, Esq.
100 Duffy Avenue, Suite 510
Hicksville, New York 11801
Tel (929) 324-0717
Fax (929) 333-7774
Email: mars@khaimovlaw.com
*Attorney for Plaintiff*
