USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DAMON JONES, on behalf of himself and all : 
others similarly situated, :
 :
                              Plaintiff, :
 : 23-CV-7756 (VEC)
        -against- :
 : ORDER
 :
LEE & LOW BOOKS, INC., :
 :
                            Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 27, 2024, Plaintiff filed a proposed order to show cause why default judgment should not be entered and supporting papers, *see* Dkts. 24–26;

       WHEREAS in those papers, Plaintiff sought an order certifying a class and sub-classes under "Fed. R. Civ. P. b)(2) and/or (b)(3)," Dkt. 26, though Plaintiff had not moved for class certification;

       WHEREAS on April 4, 2024, the Court denied without prejudice the relief requested through the proposed order and supporting papers at docket entries 24 through 26, *see* Order, Dkt. 27;

       WHEREAS the Court ordered Plaintiff, by no later than Thursday, April 11, 2024, to either (a) file a letter indicating whether he intends to make a proper motion to certify a class or (b) seek default judgment solely on his own behalf by filing an amended proposed order to show cause, *id.*; and

       WHEREAS Plaintiff neither filed a letter regarding class certification nor sought default judgment solely on his own behalf;

IT IS HEREBY ORDERED that Plaintiff must show cause, by no later than **Tuesday, April 23, 2024**, why this action should not be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Date:  April 15, 2024**
  **New York, New York**

_____
  **VALERIE CAPRONI**
  **United States District Judge**