AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:24-CV-1360

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **Labor Skateboard Shop, Inc.**
was recieved by me on  **3/07/2024:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **john doe, manager**, who is designated by law to accept service of process on behalf of **Labor Skateboard Shop, Inc.** at **46 Canal Street, New York, NY 10002** on **03/12/2024 at 5:18 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:  03/12/2024

*Server's signature*

**Stephen Theus**
*Printed name and title*

**26 Court Street
Suite 1812
BROOKLYN, NY 11242**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to john doe, manager who identified themselves as the person authorized to accept. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs.**

Case 1:24-cv-01360-VEC   Document 30   Filed 04/22/24   Page 1 of 2
Case 1:23-cv-07756-VEC   Document 60-23   Filed 04/22/24   Page 1 of 2 #: 45




Tracking #: 0127006487

**US District Court, New York, Eastern Division; Brooklyn**
**225 Cadman Plaza E**
**Brooklyn, NY 11201**

**Labor Skateboard Shop, Inc.**
**46 Canal Street**
**New York, NY 10002**