UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DAMON JONES

                              Plaintiff(s),

23 Civ. 07756 VEC ( )

- against -

LEE & LOW BOOKS, INC.

**CLERK'S CERTIFICATE OF DEFAULT**

                              Defendant(s),
------------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 08/31/23 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) LEE & LOW BOOKS, INC. by personally serving RANDY DOE, and proof of service was therefore filed on 09/15/2023, Doc. #(s) 6.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      March 27, 2024

                                                   **RUBY J. KRAJICK**
                                                   Clerk of Court

                                              By: _____
                                                      **Deputy Clerk**