UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DAMON JONES, on behalf of himself
and all others similarly situated,

                Plaintiffs,                Case No. 1:24-cv-7756

                v.

LEE & LOW BOOKS, INC.,

                                          AFFIDAVIT OF SERVICE

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>Mars Khaimov</u> being duly sworn, says: that I am over the of eighteen years and am not a party herein, that I reside in Kings County and that on the 30th day of April 2024 I served a copy of the following documents of this action:

ORDER TO SHOW CUASE DATED APRIL 24, 2024

upon the parties hereinafter named at the places hereinafter stated and set opposite their name via regular mail, and depositing same to be properly enclosed in a postpaid, properly addressed wrapper, and deposited in an official depository under the exclusive care and custody of the United States Postal Service, directed to the said party at their last known physical addresses given below.

*[signature]*

_____

Mars Khaimov

TO:

Lee & Low Books, Inc.
95 Madison Ave, New York, NY 10016