UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAMON JONES on behalf of himself and all others similarly situated,

                Plaintiff,

                                        Case 1:23-cv-07756

-against-

LEE & LOW BOOKS, INC.,

                Defendant.

---

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the attorneys for the parties to this action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of the action, this action, including all claims and counterclaims, is dismissed on the merits, with prejudice, and without costs to any party in this action. Each party will bear its own attorneys' fees.

Dated: November 21, 2023

| By: _____ | By: _____ |
|---|---|
| Mars Khaimov, Esq. | David Stein, Esq. |
| Mars Khaimov Law, PLLC | Stein & Nieporent LLP |
| Attorney for Plaintiff | Attorney for Defendant |
| 100 Duffy Ave., Suite 510 | 1441 Broadway, Suite 6090, |
| Hicksville, NY 11801 T: | New York, NY 10018 |
| 929-324-0717 | Direct: 212-308-3444 |
| mars@khaimovlaw.com | e: dstein@steinllp.com |