USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
DAMON JONES, on behalf of himself and all : 
others similarly situated, :
:
                                      Plaintiff, :
:     23-CV-7756 (VEC)
              -against- :
:     <u>ORDER</u>
:
LEE & LOW BOOKS, INC., :
:
                                 Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties were scheduled to appear for a default judgment hearing on May 24, 2024, Order, Dkt. 34;

    WHEREAS on May 23, 2024, Plaintiff filed a proposed stipulation of dismissal dated November 21, 2023, *see* Dkt. 38; and

    WHEREAS also on May 23, 2024, Plaintiff filed a second proposed stipulation of dismissal properly dated in May, *see* Dkt. 39;

    IT IS HEREBY ORDERED that the default judgment hearing scheduled for Friday, May 24, 2024, at 10:00 A.M. is canceled.

    IT IS FURTHER ORDERED that the parties must appear for a status conference on **Friday, May 31, 2024, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

    IT IS FURTHER ORDERED that Plaintiff's counsel's filing of a proposed stipulation of dismissal does not relieve him of his obligation to respond to the Court's May 17, 2024, Order to

Show Cause, Dkt. 37. Counsel Mars Khaimov is reminded that his response is due by no later than Friday, May 31, 2024.

**SO ORDERED.**

Date: **May 24, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**