

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

May 28, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/29/2024

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007



   **Re:    Jones v. Lee & Low Books, Inc.**
   **Case No. 23-cv-7756 (VEC) (BCM)**

Dear Judge Caproni:

   We represent defendant Lee & Low Books, Inc., in the above-captioned matter, and we write with respect to the Court's Order of May 24, 2024, setting an in-person hearing for May 31 at 10:00 a.m. We respectfully request that the conference be adjourned to the following week, or in the alternative that we be permitted to appear via telephone.

   The reason for our request is that neither I nor my partner, David Nieporent, will be available that day for an in person conference. I will be in Canada for a family event on Friday, and my partner's son is making a bar mitzvah later that day.

   We have consulted with counsel for plaintiff, and he does not oppose this request.

   We thank the Court for its attention to this matter.  We are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

                                        Respectfully submitted,

                                        David Stein

cc:    Mars Khaimov (via ECF)

Application GRANTED.  The status conference scheduled for Friday, May 31, 2024, at 10:00 A.M. is ADJOURNED to **Friday, June 7, 2024, at 10:00 A.M.**

   SO ORDERED.

                                        5/29/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE