

**STEIN & NIEPORENT LLP**
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444 Main
(212) 836-9595 Fax
www.steinllp.com

David Stein: DSTEIN@STEINLLP.COM
(admitted in NY, NJ, PA, DC, IL)

David Nieporent: DNIEPORENT@STEINLLP.COM
(admitted in NY, NJ)

June 5, 2024



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2024

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

MEMO ENDORSED

  **Re: Jones v. Lee & Low Books, Inc.**
    **Case No. 23-cv-7756 (VEC) (BCM)**

Dear Judge Caproni:

  We represent defendant Lee & Low Books, Inc., in the above-captioned matter, and we write with respect to the Court's Order of May 29, 2024, scheduling an in person status conference for Friday, June 7, 2024 at 10:00 a.m.

  In light of the fact that the parties have settled the case and filed a stipulation of dismissal — Docket Entry 39 — as well as the fact that the issues relating to the Court's Order to Show Cause issued to plaintiff have to our understanding been resolved, we respectfully request that this conference be adjourned, or in the alternative converted to a telephonic conference.

  We understand from Your Honor's Order of May 24, 2024, as well as speaking to Your Honor's Clerk, that Your Honor wanted to clear up confusion based on the fact that plaintiff had initially filed a stipulation with the wrong date at Docket Entry 38. This was an inadvertent drafting error, which the parties caught and immediately corrected. Docket Entry 39 is the correct, operative stipulation in this matter.

  We have spoken with counsel for plaintiff, and he takes no position on this request.

  We thank the Court for its attention to this matter. We are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

           Respectfully submitted,

           David Stein

cc: Mars Khaimov (via ECF)

Application DENIED. Counsel must appear in person for the status conference on Friday, June 7, 2024, at 10:00 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

6/6/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE