UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| DAMON JONES, on behalf of himself and all others similarly situated, | : : : | Case No.: 1:23-cv-7756-VEC |
| Plaintiffs, | : : | |
| v. | : : | **DECLARATION OF MARS KHAIMOV** |
| LEE & LOW BOOKS, INC., | : : | |
| Defendant. | : : : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, Mars Khaimov, hereby declare the following to be true and correct to the best of my knowledge and belief under penalty of perjury pursuant to 28 U.S. Code § 1746:

1. I am the principal attorney of the law offices of Mars Khaimov Law, PLLC, and I represent plaintiff Damon Jones ("Plaintiff") in the above-captioned action.

2. I submit this Declaration as the mandatory monthly report, as directed by Your Honor in the June 3, 2024 Order (Dkt. No. 44).

3. Neither I, nor any attorney at my law firm, has filed any new actions in this Court or in the Eastern District of New York in the month of July 2024.

4. In the prior month, I, and members of my law firm, have received orders threatening sanctions or dismissal for failure to prosecute from the following judges in the following actions:

- Case 1:24-cv-01756-NG-JAM (EDNY), Anderson v. Haus of Hanz, Inc., Order dated July 5, 2024 issued by Magistrate Judge Marutollo

- Case 1:22-cv-05134-LDH-VMS (EDNY), Hwang v. Stonetrash, Inc., Order dated

July 15, 2025 by Magistrate Judge Scanlon

- Case 1:24-cv-02575-KAM-RML (EDNY), Anderson v. Soho Hotel Owner, LLC, Order dated July 16 2024 by Magistrate Judge Levy

- Case 1:24-cv-03654-MKV Riley v. Americas Collectibles Network, Inc. (SDNY), Order to Show Cause dated July 18, 2024 by Judge Vyskocil

5. I have included a copy of the Court's May 17, 2024 Order to Show Cause as part of the responses to all of the orders listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   August 1, 2024

_____
By: Mars Khaimov, Esq.