**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

DAMON JONES, on behalf of himself and    :       Case No.: 1:23-cv-7756-VEC
all others similarly situated,                 :

                         :

          Plaintiffs,         :

                         :

    v.                           :       **SWORN AFFIDAVIT OF**

                         :       **MARS KHAIMOV**

LEE & LOW BOOKS, INC.,        :

                         :

          Defendant.      :

                         :

                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, Mars Khaimov, hereby declare the following to be true and correct to the best of my knowledge and belief under penalty of perjury pursuant to 28 U.S. Code § 1746:

1.      I am the principal attorney of the law offices of Mars Khaimov Law, PLLC, and I represent plaintiff Damon Jones ("Plaintiff") in the above-captioned action.

2.      I submit this Affidavit as the mandatory monthly report, as directed by Your Honor in the June 3, 2024 Order (Dkt. No. 44).

3.      Neither I, nor any attorney at my law firm, has filed any new actions in this Court or in the Eastern District of New York in the month of August 2024.

4.      In the prior month, I, and members of my law firm, have received orders threatening sanctions or dismissal for failure to prosecute from the following judges in the following actions:

- Case 1:22-cv-08646 (SDNY), Toro v. Looney Laboratories, Inc. Order dated August 15, 2024 issued by Judge Ho

- Case 1:24-cv-03654-MKV Riley v. Americas Collectibles Network, Inc. (SDNY),

Order to Show Cause dated August 18, 2024 by Judge Vyskocil

- Case 1:23-cv-09264 (SDNY), Tarr v. HQ Milton, Inc., Order dated August 23, 2024 by Magistrate Judge Aaron

- Case 1:24-cv-00321-AS (SDNY), Sookul v. Archipelago Group LLC, Order dated August 23, 2024 by Judge Subramanian

5. I have included a copy of the Court's May 17, 2024 Order to Show Cause as part of the responses to all of the orders listed above.

6. Additionally, in further compliance with Your Honor's June 3, 2024 Order, I have completed fifteen hours of continuing legal education credits on professional responsibility and law office management over the course of the last three months.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:    September 3, 2024


By: Mars Khaimov, Esq.