**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| DAMON JONES, on behalf of himself and all others similarly situated, | : | Case No.: 1:23-cv-7756-VEC |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **SWORN AFFIDAVIT OF** |
| | : | **MARS KHAIMOV** |
| LEE & LOW BOOKS, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

I, Mars Khaimov, hereby declare the following to be true and correct to the best of my knowledge and belief under penalty of perjury pursuant to 28 U.S. Code § 1746:

1. I am the principal attorney of the law offices of Mars Khaimov Law, PLLC, and I represent plaintiff Damon Jones ("Plaintiff") in the above-captioned action.

2. I submit this Affidavit as the mandatory monthly report, as directed by Your Honor in the June 3, 2024 Order (Dkt. No. 44).

3. Neither I, nor any attorney at my law firm, has filed any new actions in this Court or in the Eastern District of New York in the month of November 2024.

4. In the prior month, I, and members of my law firm, have not received any orders threatening sanctions or been ordered to show cause as to why a case should not be dismissed for failure to prosecute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   December 2, 2024

_____
By: Mars Khaimov, Esq.